UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MARCUS ROBINSON,

               Petitioner,               Case No. 4:16-cv-11738
                                          Hon. Terrence G. Berg

v.

THOMAS WINN,

               Respondent.
_____/

## **JUDGMENT**

In accordance with the Opinion and Order entered on March 28, 2018, **IT IS ORDERED AND ADJUDGED** that the Petition for writ of habeas corpus is **DISMISSED WITH PREJUDICE**; **IT IS FURTHER ORDERED** that a certificate of appealability is **GRANTED** as to Petitioner's first claim, but **DENIED** as to Petitioner's second claim. **IT IS FURTHER ORDERED** that permission to appeal in forma pauperis is **GRANTED**.

Dated at Detroit, Michigan:  March 28, 2018

                                   DAVID J. WEAVER
                                   CLERK OF THE COURT

                                   s/A. Chubb_____
                                   Case Manager and Deputy Clerk

APPROVED:
s/Terrence G. Berg_____
HON. TERRENCE G. BERG
UNITED STATES DISTRICT JUDGE