# UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

|  | 100 EAST FIFTH STREET, ROOM 540 |  |
|---|---|---|
| Deborah S. Hunt | POTTER STEWART U.S. COURTHOUSE | Tel. (513) 564-7000 |
| Clerk | CINCINNATI, OHIO 45202-3988 | www.ca6.uscourts.gov |

Filed: September 26, 2019

Mr. David J. Weaver
Eastern District of Michigan at Flint
600 Church Street
Suite 140 Federal Building
Flint, MI 48502-0000

Re: Case No. 18-1511, *Marcus Robinson v. Les Parish*
Originating Case No. : 4:16-cv-11738

Dear Clerk,

Enclosed is a copy of the mandate filed in this case.

Sincerely yours,

s/Maddison R Edelbrock on behalf of Jennifer Earl
Case Manager
Direct Dial No.

cc: Mr. Bruce H. Edwards
 Mr. Joseph L. Hohler III
 Mr. John S. Pallas
 Mr. Daniel John Ping
 Mr. David Andrew Porter
 Mr. Marcus Trinal Robinson

Enclosure

**UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT**

_____

No: 18-1511

_____

Filed: September 26, 2019

MARCUS TRINAL ROBINSON

     Petitioner - Appellant

v.

LES PARISH, Warden

     Respondent - Appellee

MANDATE

  Pursuant to the court's disposition that was filed 08/21/2019 the mandate for this case hereby issues today.

 COSTS: None