# Supreme Court of the United States
## Office of the Clerk
## Washington, DC  20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

December 3, 2019

Clerk
United States Court of Appeals for the Sixth Circuit
540 Potter Stewart U.S. Courthouse
100 East Fifth Street
Cincinnati, OH  45202-3988

```
┌──────────────────────────┐
│          FILED           │
│       Dec 05, 2019       │
│  DEBORAH S. HUNT, Clerk   │
└──────────────────────────┘
```

Re:  Marcus Robinson
v. Les Parish, Warden
No. 19-6807
(Your No. 18-1511)

Dear Clerk:

The petition for a writ of certiorari in the above entitled case was filed on November 13, 2019 and placed on the docket December 3, 2019 as No. 19-6807.

Sincerely,

**Scott S. Harris**, Clerk

by

Michael Duggan
Case Analyst