# Supreme Court of the United States
## Office of the Clerk
## Washington, DC 20543-0001

Scott S. Harris
Clerk of the Court
(202) 479-3011

February 24, 2020

Clerk
United States Court of Appeals for the Sixth Circuit
540 Potter Stewart U.S. Courthouse
100 East Fifth Street
Cincinnati, OH 45202-3988

┌─────────────────────────────┐
│          **FILED**          │
│        Feb 25, 2020         │
│  DEBORAH S. HUNT, Clerk     │
└─────────────────────────────┘

Re: Marcus Robinson
v. Les Parish, Warden
No. 19-6807
(Your No. 18-1511)

Dear Clerk:

The Court today entered the following order in the above-entitled case:

The petition for a writ of certiorari is denied.

Sincerely,

*Scott S. Harris*

**Scott S. Harris**, Clerk